| STATE OF NORTH CAROLINA | | No. 18-CVS-210 |
|---|---|---|
| PERQUIMANS County | | In The General Court Of Justice<br>☐ District  ☒ Superior Court Division |

| Name Of Plaintiff | |
|---|---|
| TENA ALEXANDER JONES | **CIVIL SUMMONS** |
| Address | ☐ ALIAS AND PLURIES SUMMONS (ASSESS FEE) |
| City, State, Zip | |
| | G.S. 1A-1, Rules 3 and 4 |
| **VERSUS** | |
| Name Of Defendant(s) | Date Original Summons Issued |
| JUSTIN PAUL STANISLAWSKI and WANZEK CONSTRUCTION, INC. | |
| | Date(s) Subsequent Summons(es) Issued |

**To Each Of The Defendant(s) Named Below:**

| Name And Address Of Defendant 1 | Name And Address Of Defendant 2 |
|---|---|
| JUSTIN PAUL STANISLAWSKI<br>1470 Scenic View Dr.<br>Chaska, MN  55318 | Corporation Service Company., Registered Agent<br>WANZEK CONSTRUCTION, INC.<br>2626 Glenwood Ave., Suite 550<br>Raleigh, NC  27608 |

⚠ **IMPORTANT!** You have been sued! These papers are legal documents, DO NOT throw these papers out! You have to respond within 30 days. You may want to talk with a lawyer about your case as soon as possible, and, if needed, speak with someone who reads English and can translate these papers!

**¡IMPORTANTE!** ¡Se ha entablado un proceso civil en su contra! Estos papeles son documentos legales. ¡NO TIRE estos papeles!
Tiene que contestar a más tardar en 30 días. ¡Puede querer consultar con un abogado lo antes posible acerca de su caso y, de ser necesario, hablar con alguien que lea inglés y que pueda traducir estos documentos!

**A Civil Action Has Been Commenced Against You!**

You are notified to appear and answer the complaint of the plaintiff as follows:

1. Serve a copy of your written answer to the complaint upon the plaintiff or plaintiff's attorney within thirty (30) days after you have been served. You may serve your answer by delivering a copy to the plaintiff or by mailing it to the plaintiff's last known address, and
2. File the original of the written answer with the Clerk of Superior Court of the county named above.

If you fail to answer the complaint, the plaintiff will apply to the Court for the relief demanded in the complaint.

| Name And Address Of Plaintiff's Attorney (if none, Address Of Plaintiff) | Date Issued | Time | |
|---|---|---|---|
| C. Everett Thompson, II/David R. Pureza<br>Thompson & Pureza, P.A.<br>101 West Main St.<br>Elizabeth City, NC  27909 | 12/17/18 | 4:41 | ☐ AM  ☒ PM |
| | Signature  Sherri E. Holloman | | |
| | ☒ Deputy CSC | ☐ Assistant CSC | ☐ Clerk Of Superior Court |

| ☐ ENDORSEMENT (ASSESS FEE) | Date Of Endorsement | Time | |
|---|---|---|---|
| This Summons was originally issued on the date indicated above and returned not served. At the request of the plaintiff, the time within which this Summons must be served is extended sixty (60) days. | | | ☐ AM  ☐ PM |
| | Signature | | |
| | ☐ Deputy CSC | ☐ Assistant CSC | ☐ Clerk Of Superior Court |

**NOTE TO PARTIES:** Many counties have **MANDATORY ARBITRATION** programs in which most cases where the amount in controversy is $25,000 or less are heard by an arbitrator before a trial. The parties will be notified if this case is assigned for mandatory arbitration, and, if so, what procedure is to be followed.

(Over)

STATE OF NORTH CAROLINA  IN THE GENERAL COURT OF JUSTICE
COUNTY OF PERQUIMANS  SUPERIOR COURT DIVISION
File No.: 18-CVS-210

2018 DEC 17 P 4:41

PERQUIMANS CO., C.S.C.

TENA ALEXANDER JONES,
    Plaintiff

vs  COMPLAINT

JUSTIN PAUL STANISLAWSKI and
WANZEK CONSTRUCTION, INC.,
    Defendants.

Plaintiff, complaining of Defendants, alleges and says the following:

1. Plaintiff is a citizen and resident of Perquimans County, North Carolina.

2. Upon information and belief, Defendant JUSTIN PAUL STANISLAWSKI ("Defendant Stanislawski") is a citizen and resident of Minnesota.

3. Upon information and belief, Defendant WANZEK CONSTRUCTION, INC., ("Defendant Wanzek") is a North Dakota corporation with its registered office in Roseville, Minnesota. The registered agent listed in the North Carolina office the Secretary of State for Wanzek is Corporation Service Company, registered office 2626 Glenwood Avenue, Suite 550, Raleigh, NC 27608.

4. On or about February 29, 2016, at approximately 5:15 p.m., Plaintiff was the operator of a 2009 Toyota motor vehicle traveling west on NCSR 1336 near Hertford, North Carolina.

5. On said date and time, as Plaintiff was proceeding in her lane of travel, Defendant Stanislawski, operating a 2013 Chevrolet truck, owned by Wanzek, proceeding north on NCSR 1339, failed to yield, attempted to cross over NCSR 1336 and crashed into Plaintiff's vehicle.

6. On this occasion, Defendant Stanislawski owed a duty of care to all other motorists, including Plaintiff, and violated that duty of care and was negligent in the following respects:

    A. He drove in a careless and reckless manner;

B. He failed to reduce speed to the extent necessary to avoid a collision with Plaintiff's vehicle;

C. He failed to keep a proper look-out and keep the vehicle under proper control;

D. He failed to yield the right of way;

E. He failed to stop for the stop sign;

F. He crossed the centerline of the roadway;

G. He drove into the path of Plaintiff's vehicle; and

H. In such other respects as may be disclosed by the discovery process.

7. Upon information and belief, at the time of the collision, Defendant Stanislawski was a permissive user of the vehicle owned by Defendant Wanzek.

8. Upon information and belief, at the time of the collision, Defendant Stanislawski was an employee or agent of Defendant Wanzek and at said time and date was in the course and scope of said employment or agency.

9. The negligence of Defendant Stanislawski is imputable to Defendant Wanzek.

10. As a result of the collision, which was proximately caused by the negligence of Defendants, Plaintiff has received serious, painful, disabling, disfiguring and permanent bodily injuries causing medical and other expenses, loss of income and decreased earning capacity. Plaintiff will require future medical care and expenses and has suffered and continues to suffer great pain of body and mind. Plaintiff has sustained special damages in the way of medical expenses, lost income and decreased earning capacity and will incur additional damages in the future.

WHEREFORE, Plaintiff prays that she have and recover of Defendants, jointly and severally, special and compensatory damages in an amount in excess of twenty-five thousand dollars ($25,000.00); for costs to include prejudgment interest, expert witness fees, and attorney's fees to the extent provided by law; and for such other and further relief as the Court may deem just and proper.

**A JURY TRIAL IS HEREBY DEMANDED ON ALL ISSUES OF FACT.**

This __17__ day of December, 2018.

                                            **THOMPSON & PUREZA, P.A.**

                                            By: C. EVERETT THOMPSON, II
                                            101 West Main Street
                                            Elizabeth City, NC 27909
                                            Telephone: 252.335.7200
                                            Facsimile: 252.338.5297
                                            NC State Bar #: 5859
                                            cet@cetlaw.com

                                            By: DAVID R. PUREZA
                                            101 West Main Street
                                            Elizabeth City, NC 27909
                                            Telephone: 252.335.7200
                                            Facsimile: 252.338.5297
                                            NC State Bar #: 23502
                                            drp@cetlaw.com

# STATE OF NORTH CAROLINA

PERQUIMANS County

File No. 18-CVS-211

In The General Court Of Justice
☐ District ☒ Superior Court Division

**Name And Address Of Plaintiff 1**
TENA ALEXANDER JONES

**FILED**
2018 DEC 17 P [illegible]
PERQUIMANS
BY ___Scott___

**Name And Address Of Plaintiff 2**
CONSTRUCTION, INC.

## GENERAL
## CIVIL ACTION COVER SHEET
☒ INITIAL FILING   ☐ SUBSEQUENT FILING

Rule 5(b), General Rules of Practice For Superior and District Courts

**Name And Address Of Attorney Or Party, If Not Represented** (complete for initial appearance or change of address)
C. Everett Thompson, II
101 West Main St.
Elizabeth City, NC 27909

**VERSUS**

**Name Of Defendant 1**
JUSTIN PAUL STANISLAWSKI

| Telephone No. 335.7200 | Cellular Telephone No. |
| NC Attorney Bar No. 5859 | Attorney E-Mail Address cet@cetlaw.com |

**Summons Submitted** ☒ Yes ☐ No

☒ Initial Appearance in Case   ☐ Change of Address

**Name Of Defendant 2**
WANZEK CONSTRUCTION, INC.

**Name Of Firm**
Thompson & Pureza

**FAX No.** 338.5297

**Counsel for**
☒ All Plaintiffs   ☐ All Defendants   ☐ Only (list party(ies) represented)

**Summons Submitted** ☒ Yes ☐ No

☒ Jury Demanded In Pleading
☐ Complex Litigation

☐ Amount in controversy does not exceed $15,000
☐ Stipulate to arbitration

## TYPE OF PLEADING

(check all that apply)
- ☐ Amend (AMND)
- ☐ Amended Answer/Reply (AMND-Response)
- ☐ Amended Complaint (AMND)
- ☐ Assess Costs (COST)
- ☐ Answer/Reply (ANSW-Response) (see Note)
- ☐ Change Venue (CHVN)
- ☒ Complaint (COMP)
- ☐ Confession Of Judgment (CNJF)
- ☐ Consent Order (CONS)
- ☐ Consolidate (CNSL)
- ☐ Contempt (CNTP)
- ☐ Continue (CNTN)
- ☐ Compel (CMPL)
- ☐ Counterclaim (CTCL) Assess Court Costs
- ☐ Crossclaim (list on back) (CRSS) Assess Court Costs
- ☐ Dismiss (DISM) Assess Court Costs
- ☐ Exempt/Waive Mediation (EXMD)
- ☐ Extend Statute Of Limitations, Rule 9 (ESOL)
- ☐ Extend Time For Complaint (EXCO)
- ☐ Failure To Join Necessary Party (FJNP)

(check all that apply)
- ☐ Failure To State A Claim (FASC)
- ☐ Implementation Of Wage Withholding In Non-IV-D Cases (OTHR)
- ☐ Improper Venue/Division (IMVN)
- ☐ Including Attorney's Fees (ATTY)
- ☐ Intervene (INTR)
- ☐ Interplead (OTHR)
- ☐ Lack Of Jurisdiction (Person) (LJPN)
- ☐ Lack Of Jurisdiction (Subject Matter) (LJSM)
- ☐ Modification Of Child Support In IV-D Actions (MSUP)
- ☐ Notice Of Dismissal With Or Without Prejudice (VOLD)
- ☐ Petition To Sue As Indigent (OTHR)
- ☐ Rule 12 Motion In Lieu Of Answer (MDLA)
- ☐ Sanctions (SANC)
- ☐ Set Aside (OTHR)
- ☐ Show Cause (SHOW)
- ☐ Transfer (TRFR)
- ☐ Third Party Complaint (list Third Party Defendants on back) (TPCL)
- ☐ Vacate/Modify Judgment (VCMD)
- ☐ Withdraw As Counsel (WDCN)
- ☐ Other (specify and list each separately)

**NOTE:** All filings in civil actions shall include as the first page of the filing a cover sheet summarizing the critical elements of the filing in a format prescribed by the Administrative Office of the Courts, and the Clerk of Superior Court shall require a party to refile a filing which does not include the required cover sheet. For subsequent filings in civil actions, the filing party must either include a General Civil (AOC-CV-751), Motion (AOC-CV-752), or Court Action (AOC-CV-753) cover sheet.

## CLAIMS FOR RELIEF

- [ ] Administrative Appeal (ADMA)
- [ ] Appointment Of Receiver (APRC)
- [ ] Attachment/Garnishment (ATTC)
- [ ] Claim And Delivery (CLMD)
- [ ] Collection On Account (ACCT)
- [ ] Condemnation (CNDM)
- [ ] Contract (CNTR)
- [ ] Discovery Scheduling Order (DSCH)
- [ ] Injunction (INJU)
- [ ] Limited Driving Privilege - Out-Of-State Convictions (PLDP)
- [ ] Medical Malpractice (MDML)
- [ ] Minor Settlement (MSTL)
- [ ] Money Owed (MNYO)
- [x] Negligence - Motor Vehicle (MVNG)
- [ ] Negligence - Other (NEGO)
- [ ] Motor Vehicle Lien G.S. 44A (MVLN)
- [ ] Possession Of Personal Property (POPP)
- [ ] Product Liability (PROD)
- [ ] Real Property (RLPR)
- [ ] Specific Performance (SPPR)
- [x] Other *(specify and list each separately)* prejudgment interest, expert witness fees, attorney fees

Date: December 17, 2018

Signature Of Attorney/Party: *[signature]*

**FEES IN G.S. 7A-308 APPLY**
Assert Right Of Access (ARAS)
Substitution Of Trustee (Judicial Foreclosure) (RSOT)
Supplemental Procedures (SUPR)

**PRO HAC VICE FEES APPLY**
Motion For Out-Of-State Attorney To Appear In NC Courts In A Civil Or Criminal Matter (Out-Of-State Attorney/Pro Hac Vice Fee)

| No. | ☐ Additional Plaintiff(s) |
|---|---|
| | |
| | |
| | |
| | |

| No. | ☐ Additional Defendant(s)   ☐ Third Party Defendant(s) | Summons Submitted |
|---|---|---|
| | | ☐ Yes ☐ No |
| | | ☐ Yes ☐ No |
| | | ☐ Yes ☐ No |
| | | ☐ Yes ☐ No |
| | | ☐ Yes ☐ No |

*Plaintiff(s) Against Whom Counterclaim Asserted*

*Defendant(s) Against Whom Crossclaim Asserted*

| | | | | |
|---|---|---|---|---|
| **STATE OF NORTH CAROLINA** | | File No. **18-CVS-210** | | |
| **Perquimans** County | | In The General Court Of Justice<br>☐ Small Claims ☐ District ☑ Superior Court Division | | |
| Name Of Plaintiff<br>**Tena Alexander Jones** | | **CIVIL BILL OF COSTS** | | |
| VERSUS | | | | |
| Name Of Defendant<br>**Justin Paul Stanislawski + Wanzek Construction, Inc.** | | | | G.S. 7A-305 |

| | District Court | | Superior Court | Cumulative Total |
|---|---|---|---|---|
| **ADVANCE COSTS: INITIAL FILING** | Magistrate | Judge | | |
| **General Court Of Justice Fee** | | | | |
| District: Magistrate (21320) ..........$ 79.05 | $ | | | $ |
| District: Judge (21220) ..........$ 129.05 | | $ | | $ |
| Superior: All Civil Cases (21120) ..........$ 179.05 | | | $ 179.05 | $ |
| Telecom and Data Fee (24681) ..........$ 4.00 | $ | $ | $ 4.00 | $ |
| LAA Fee: All Civil Cases ..........$ 0.95 | (21324) | (21224) | (21124) | $ 0.95 |
| Facilities Fee - Magistrate $12, District $16, Superior $16 | (22320) | (22220) | (22120) | |
| To: _____ | $ | $ | $ 16.00 | $ |
| Business Court Designation Fee (21122) $1,100.00 | | | $ | $ |
| NOTE: The $1,100.00 Business Court Designation Fee amount applies to actions commenced and petitions filed on or after Oct. 1, 2014. The fee amount is $1,000.00 for actions commenced and petitions filed on or before Sept. 30, 2014. | | | | |
| **COUNTER, CROSS CLAIMS, AND THIRD PARTY COMPLAINTS** | | | | |
| **General Court Of Justice Fee** | | | | |
| District: Magistrate (21320) ..........$ 79.05 | $ | | | $ |
| District: Judge (21220) ..........$ 129.05 | | $ | | $ |
| Superior: All Civil Cases (21120) ..........$ 179.05 | | | $ | $ |
| Telecom and Data Fee (24681) ..........$ 4.00 | $ | $ | $ | $ |
| LAA Fee: All Civil Cases ..........$ 0.95 | (21324) | (21224) | (21124) | $ 0.95 |
| Facilities Fee - Magistrate $12, District $16, Superior $16 | (22320) | (22220) | (22120) | |
| To: _____ | $ | $ | $ | $ |
| Business Court Designation Fee (21122) $1,100.00 | | | $ | $ |
| NOTE: The $1,100.00 Business Court Designation Fee amount applies to actions commenced and petitions filed on or after Oct. 1, 2014. The fee amount is $1,000.00 for actions commenced and petitions filed on or before Sept. 30, 2014. | | | | |
| **TOTAL ADVANCE COSTS** ▶ | $ | $ | $ | $ |
| **ADDITIONAL EXPENSES:** | | | | |
| Notice Of Hearing Fee - $20 (21450) | $ | $ | $ | $ |
| Alias and Pluries Or Endorsement Fee - $15 (21455) | $ | $ | $ | $ |
| Process Fee - $30 each process (22515; 2355X or 2356X if served by city) To: _____ | $ | $ | $ | $ |
| Other Sheriff's Fees - See G.S. 7A-311(a)(3)-(5) To: _____ | $ | $ | $ | $ |
| Witness Fee - $5/day or fraction thereof, plus travel expenses To: _____ | $ | $ | $ | $ |
| Expert Witness Fee - As set by the Judge To: _____ | $ | $ | $ | $ |
| Certified Mail Or Service By Publication Cost To: _____ | $ | $ | $ | $ |
| Transcript - Costs on Appeal To: _____ | $ | $ | $ | $ |
| Other Fees - As set by the Judge (e.g., GAL fee, premium on prosecution bond, costs of blood test to determine parentage, etc.) | | | | |
| To: _____ | $ | $ | $ | $ |
| To: _____ | $ | $ | $ | $ |
| Counsel Fee - As set by the Judge To: _____ | $ | $ | $ | $ |
| **TOTAL ADDITIONAL COSTS** ▶ | $ | $ | $ | $ |
| **TOTAL COSTS AND ADDITIONAL CHARGES** ▶ | $ | $ | $ 200.00 | $ |
| **To Be Paid By:** ☐ Plaintiff ☐ Defendant ☐ Per Judgment | Date | | Prepared By | |

(Over)

AOC-CV-382, Rev. 8/17
© 2017 Administrative Office of the Courts

Case 2:19-cv-00004-BO   Document 1-1   Filed 01/17/19   Page 7 of 9

STATE OF NORTH CAROLINA  　　　　　IN THE GENERAL COURT OF JUSTICE
COUNTY OF PERQUIMANS  　　　　　　SUPERIOR COURT DIVISION
　　　　　　　　　　　　　　　　　　FILE NO.: 18-CVS-210

TENA ALEXANDER JONES
　　　Plaintiff

vs.　　　　　　　　　　　　　　　　**ACCEPTANCE OF SERVICE**

JUSTIN PAUL STANISLAWSKI and
WANZEK CONSTRUCTION, INC.
　　　Defendants.

The undersigned attorney for defendants respectfully shows the court that he hereby accepts service of said summons and Complaint and does hereby make a general appearance by the undersigned for defendants for all purposes.

This 16th day of January, 2019.

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　Brady A. Yntema
　　　　　　　　　　　　　　　　　Goldberg Segalla
　　　　　　　　　　　　　　　　　Attorney for Defendants
　　　　　　　　　　　　　　　　　800 Green Valley Road, Suite 302
　　　　　　　　　　　　　　　　　Greensboro, NC 27408
　　　　　　　　　　　　　　　　　Phone: 336.419.4904
　　　　　　　　　　　　　　　　　Fax: 336.419.4950

## CERTIFICATE OF SERVICE

This is to certify that the undersigned has this date served the foregoing by fax or mail as indicated below.

C. Everett Thompson, II
Thompson & Pureza
101 West Main St.
Elizabeth City, NC 27909
Fax: 252.338.5297

This the 16th day of January, 2019.

                                                                       Brady A. Yntema

2