UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

CIVIL ACTION NO. 2:19-cv-00004-BO

| | |
|---|---|
| TENA ALEXANDER JONES,<br><br>        Plaintiff,<br><br>v.<br><br>JUSTIN PAUL STANISLAWSKI and<br>WANZEK CONSTRUCTION, INC.,<br><br>        Defendants. | **STIPULATION OF DISMISSAL** |

It is stipulated by all of the parties to this action, through the undersigned counsel, that all of the Plaintiff's claims are voluntarily dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

This 8th day of July, 2019.

| THOMPSON & PUREZA, P.A. | GOLDBERG SEGALLA LLP |
|---|---|
| /s/ C. Everett Thompson, II<br>C. Everett Thompson, II<br>NC State Bar No. 5859<br>cet@cetlaw.com<br>David R. Pureza<br>drp@cetlaw.com<br>NC State Bar No. 23502<br>101 West Main Street<br>Elizabeth City, NC 27907-0220<br>Telephone: (252) 335-7200<br><br>*Attorneys for Plaintiff Tena Alexander Jones* | /s/ Brady A. Yntema<br>Brady A. Yntema<br>NC State Bar No. 25771<br>byntema@goldbergsegalla.com<br>David L. Brown<br>NC State Bar No. 18942<br>dbrown@goldbergsegalla.com<br>800 Green Valley Rd., Suite 302<br>Greensboro, NC 27408<br>Telephone: (336) 419-4900<br><br>*Attorneys for Defendants Justin Paul Stanislawski and Wanzek Construction, Inc.* |

.

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing **STIPULATION OF DISMISSAL** was filed with the Clerk of Court for the Eastern District of North Carolina using the CM/ECF system, which will send notification of such filing to the following attorneys of record:

Brady A. Yntema
byntema@goldbergsegalla.com
David L. Brown
dbrown@goldbergsegalla.com
Goldberg Segalla LLP
800 Green Valley Rd., Suite 302
Greensboro, NC  27408

This the 8th day of July, 2019.

                                                  THOMPSON & PUREZA, P.A.

                                                  /s/ C. Everett Thompson, II
                                                  C. Everett Thompson, II
                                                  NC State Bar No. 5859
                                                  cet@cetlaw.com
                                                  101 West Main St.
                                                  Elizabeth City, NC 27909
                                                  Telephone:  (252) 335-7200
                                                  *Attorneys for Plaintiff Tena Alexander Jones*